IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY ANN GALLEGO,

    Plaintiff,                       No. 2:13-cv-0405 KJN P

    vs.

AMADOR COUNTY, et al.,

    Defendants.                 ORDER

_____/

    Plaintiff, presently housed at the Amador County Jail, proceeding without counsel, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of the application.[1]

---

[1] Plaintiff is advised that even if she is granted leave to proceed in forma pauperis, she will be required to pay the $350.00 filing fee. 28 U.S.C. § 1915. The filing fee will be deducted from her jail trust account. 28 U.S.C. § 1915(b)(1).

1

In addition, in response to question 3(a), plaintiff answered yes, but failed to itemize the source of money and amount received. Although she indicated she has received no monies from pay while she was incarcerated, there is no indication of how long she has been incarcerated. If plaintiff was not incarcerated for the last twelve months, she must indicate the source and amount of money received prior to her incarceration.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

    a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

    b. A certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: March 5, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gall0405.3c+

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY ANN GALLEGO,

    Plaintiff,　　　　　　　　　　No. 2:13-cv-0405 KJN P

    vs.

AMADOR COUNTY, et al.,　　　　　　　<u>NOTICE OF SUBMISSION</u>

    Defendants.

_____/

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____　　　　Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

                                    _____
                                    Plaintiff