IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY ANN GALLEGO,

    Plaintiff,                    No. 2:13-cv-0405 KJN P

    vs.

AMADOR COUNTY, et al.,        ORDER AND

    Defendants.            FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed March 6, 2013, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy of the inmate trust account statement within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed in forma pauperis affidavit and inmate trust account statement.

        Although it appears from the docket that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of her current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

1  In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the
2  Court is directed to assign a district judge to this case; and
3  IT IS RECOMMENDED that this action be dismissed without prejudice.
4  These findings and recommendations are submitted to the United States District
5  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
6  days after being served with these findings and recommendations, plaintiff may file written
7  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
8  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
9  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
10 F.2d 1153 (9th Cir. 1991).
11 DATED: April 17, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gall0405.ffp